Eastern District of Kentucky
FILED

SEP 2 9 2007

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# at COVINGTON

**CIVIL ACTION NO. 06-142-DLB**

**EDWARD WOOLLUM**     **PLAINTIFF**

**vs.**     **JUDGMENT**

**MICHAEL J. ASTRUE, Commissioner**
**SOCIAL SECURITY ADMINISTRATION**     **DEFENDANT**

*******************

In compliance with Federal Rule of Civil Procedure 58, and pursuant to sentence four of 42 U.S.C. § 405(g), **IT IS HEREBY ORDERED AND ADJUDGED** that:

(1) the administrative decision is **AFFIRMED** and judgment is entered in favor of Defendant Commissioner;

(2) Plaintiff's Complaint against Defendant Commissioner is **DISMISSED WITH PREJUDICE**; and,

(3) this action is **STRICKEN** from the active docket of this Court.

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** Order.

Dated this 29th day of September, 2007.



Signed By:
*David L. Bunning*  DB
**United States District Judge**

G:\DATA\SocialSecurity\MOOs\2-06-142-WoollumJudgment.wpd